IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dean, Darrell H

Printed: 12/02/08

Case Number: 08 B 20509
Judge: Wedoff, Eugene R
Filed: 8/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 810.21 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 756.74 |
| Trustee Fee: |  | 53.47 |
| Other Funds: |  | 0.00 |
| Totals: | 810.21 | 810.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 3,619.00 | 756.74 |
| 2. | Cavalry Portfolio Services | Unsecured | 2,788.86 | 0.00 |
| 3. | Credit Acceptance Corp | Unsecured | 2,256.53 | 0.00 |
| 4. | T Mobile USA | Unsecured | 416.75 | 0.00 |
| 5. | Nationwide Cassel | Unsecured | 1,244.77 | 0.00 |
| 6. | Recovery Management Systems Corp. | Unsecured | 135.00 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 10,788.40 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 395.92 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 28.01 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 607.98 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 1,446.00 | 0.00 |
| 12. | Williams, Alexander & Assoc | Unsecured | 22.34 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 338.34 | 0.00 |
| 14. | Alfonzo Pearson | Secured |  | No Claim Filed |
| 15. | Cook County Treasurer | Secured |  | No Claim Filed |
| 16. | American Collection Corp | Unsecured |  | No Claim Filed |
| 17. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 18. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 19. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 21. | Hunter Warfield | Unsecured |  | No Claim Filed |
| 22. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 23. | State Collection Service | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 26. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Dean, Darrell H | Case Number: 08 B 20509 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 12/02/08 | Filed: 8/6/08 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Medical Collections | Unsecured |  | No Claim Filed |
| 28. Professional Account Management | Unsecured |  | No Claim Filed |
|  |  | $ 24,087.90 | $ 756.74 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 53.47 |
|  | $ 53.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

